CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

LAW OFFICES OF SEAN BINA
SEAN BINA
sean@bina-law.com
16255 Ventura Boulevard, Suite 1008,
Encino, California 91436
Telephone: (818) 449-6464
Facsimile: (310) 201-5999
Attorneys for Defendant, Canyon Country Corporation, a California
Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> CANYON COUNTRY CORPORATION, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:16-CV-07652-PSG-JEM <br><br> **ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 7, 2017        CENTER FOR DISABILITY ACCESS

                      By:  /s/ Phyl Grace
                            Phyl Grace
                            Attorneys for Plaintiff

Dated: July 7, 2017        LAW OFFICES OF SEAN BINA

                      By:  /s/ Sean Bina
                            Sean Bina
                            Attorneys for Defendant
                            Canyon Country Corporation, a
                            California Corporation

**IT IS SO ORDERED.**

**U.S. DISTRICT JUDGE**